1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                     UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
12 SERVET ABI and MELISSA ABI-        )    No. C 10-4670 LB
   HAGAN,                             )
13                                    )
                    Plaintiffs        )
14                                    )
           v.                         )
15                                    )
   JANET NAPOLITANO, Secretary,       )    STIPULATION TO EXTEND TIME
16 Department of Homeland Security, et al., )
                                      )
17                  Defendants.       )
                                      )
18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION  AND ORDER
C 10-4670 LB                          1

On October 15, 2010, Plaintiffs filed the above captioned action.  The United States Attorney's Office was served the same day.  On February 10, 2011, the parties requested an extension of the deadlines set by the general order for immigration cases.  Under the current schedule, Defendants are to file a motion for summary judgment by April 15, 2011.  However, despite diligent processing of the petition at issue, it is still under adjudication.  Defendants believe that this case will be resolved administratively within the next 60 days.  Accordingly, the parties hereby stipulate, pursuant to Civil L.R. 6-1(a), to extend time for filing motions for summary judgment by 60 days, from April 15, 2011 to June 15, 2011.

Dated: April 6, 2011                                    Respectfully submitted,

                                                       MELINDA HAAG
                                                       United States Attorney


                                                              /s/
                                                       MELANIE L. PROCTOR[1]
                                                       Assistant United States Attorney
                                                       Attorney for Defendants


                                                       WILEY & JOBSON, PC

Dated: April 6, 2011

                                                              /s/
                                                       JOYE L. WILEY
                                                       Attorney for Plaintiffs

~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.


Dated:  April 12, 2011



LAUREL BEELER
United States Magistrate Judge

---

[1]I, Melanie L. Proctor, hereby attest that I obtained the concurrence in the filing of this document from all signatories indicated by a "conformed" signature (/s/).