1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
12 SERVET ABI and MELISSA ABI-      )   No. C 10-4670 LB
   HAGAN,                           )
13                                  )
              Plaintiffs            )
14                                  )   JOINT MOTION TO DISMISS;
         v.                         )   PROPOSED ORDER
15                                  )
   JANET NAPOLITANO, Secretary,     )
16 Department of Homeland Security, et al., )
                                    )
17            Defendants.           )
                                    )
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

JOINT MOTION TO DISMISS
C 10-4670 LB                    1

On October 15, 2010, Plaintiffs filed the above captioned action, seeking adjudication of an I-130 immigrant visa petition. On May 18, 2011, the Government denied the petition. Accordingly, the action is now moot, and the parties jointly move the Court to dismiss this action. The parties shall bear their own costs and fees.

Dated: June 2, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney


_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants


WILEY & JOBSON, PC

Dated: June 2, 2011


_____/s/_____
JOYE L. WILEY
Attorney for Plaintiffs

### ~~PROPOSED~~ ORDER

Pursuant to the joint motion of the parties, IT IS SO ORDERED. The Clerk shall close the file. The parties shall bear their own costs and fees.


Date: June 3, 2011

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I obtained the concurrence in the filing of this document from all signatories indicated by a "conformed" signature (/s/).